Prob12A
(NCW Rev. 2/04)

FILED
ASHEVILLE, N.C.

OCT 2 3 2006

U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNITED STATES DISTRICT COURT

for the

## Western District of North Carolina

## Report on Offender Under Supervision

Name of Offender: **Cindy Turner CHASTAIN**  Case Number: 1:02M-7

Name of Sentencing Judicial Officer: U.S. Magistrate Judge Max O. Cogburn, Jr.

Date of Original Sentence: 04/22/2002

Original Offense: Theft from Gambling Establishments (7 Counts)

Original Sentence: 5 years probation. Special conditions: (1) Pay $175 assessment (paid), (2) Pay $3,500 restitution to Harrah's Casino (paid), (3) Banned from Harrah's Casino and any other gaming establishment during the period of probation.

Type of Supervision: Probation   Date Supervision Commenced: April 22, 2002

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **NEW LAW VIOLATION (Date violation concluded: June 28, 2006).** The defendant has violated the condition of supervision that states, "The defendant shall not commit another federal, state, or local crime," in that, on June 28, 2006 the offender was arrested by the Anderson County Sheriff's Office and charged with three counts of Financial Transaction Card Fraud. These charges are currently pending in General Sessions Court of Anderson, South Carolina. |

2     **FAILURE TO REPORT CONTACT WITH LAW ENFORCEMENT OFFICER (06/28/2006).**
The defendant has violated the condition of supervision that states, "The defendant shall notify the probation officer within 72 hours of defendant's being arrested or questioned by a law enforcement officer," in that, Ms. Chastain failed to notify her probation officer of her arrest.

3     **OTHER (July, 2006).**
The defendant has violated the condition of supervision that states, in that, Ms. Chastain indicated on her June 2006 written monthly report that she had no contact with law enforcement.

<u>U.S. Probation Officer Action:</u> Allow case to expire on April 22, 2007.

<u>U.S. Probation Officer Recommendation:</u> These charges are a result of a domestic situation with the offender and her ex-husband. She has paid her assessment and restitution is full and has otherwise complied with all conditions of her supervision. If Ms. Chastain violates any other conditions of her probation, she will be brought before the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by     *Diane S. Burton*
Diane S. Burton
U.S. Probation Officer
(828) 771-7344

Date: October 20, 2006

[X] Concur with Recommendation
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

October 23, 2006
Date                Signature of Judicial Officer